# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>JESSICA SAUNDERS,<br><br>    Defendant. | **8:18CR146**<br><br>**ORDER** |

This matter is before the court on Defendant's MOTION TO EXTEND ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS TO ALL DEFENDANTS [52]. The record shows that this deadline expired on October 15, 2018. The court finds that the defendant has not shown good cause for extending the deadline in accordance with NECrimR 12.3(a).

**IT IS ORDERED:**

1. Defendant's MOTION TO EXTEND ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS TO ALL DEFENDANTS [52] is denied.

Dated this 18th day of October, 2018.

                BY THE COURT:

                s/ Michael D. Nelson
                United States Magistrate Judge